## People of the State of Illinois, Defendant in Error, v. Virginia Warren, Plaintiff in Error.

### Gen. No. 42,097.

Heard in second division, first district, this court at December term, 1941; opinion filed

March 24, 1942. Clarence W. Shaver, for plaintiff in error; Louis E. Levinson, of counsel; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''